UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLINE WURTZEL,

    Plaintiff,

Case No. 20-cv-13062
Hon. Matthew F. Leitman

v.

IHA HEALTH SERVICES CORP.,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 25)

On August 16, 2022, the Court held a hearing on Defendant IHA Health Services Corporation's motion for summary judgment. (*See* Mot., ECF No. 25.) For the reasons explained on the record, the motion is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 16, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 16, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1